IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

_____

TUTANKHAMUN HOLT, #43361    *

   Plaintiff,    *

      v.    *    3:05-CV-399-MHT
                                                            (WO)

JIMMY ABBOTT, *et al.*,    *

   Defendants.    *

_____

**RECOMMENDATION OF THE MAGISTRATE JUDGE**

Plaintiff filed this 42 U.S.C. § 1983 action on April 22, 2005.[1] On May 5, 2005 the court entered an order of procedure which instructed Plaintiff, among other things, to inform the court of any change in his address. (Doc. No. 6.)

It recently came to the court's attention that Plaintiff is no longer residing at the most recent address he provided to the court. Consequently, the court entered an order on October 24, 2006 directing Plaintiff to provide the court with his present address on or before October 31, 2006. ( Doc. No. 33.) The court cautioned Plaintiff that his failure to comply with the court's October 31 order would result in a recommendation that this case be dismissed.[2] (*Id.*)

---

[1] Plaintiff originally filed his complaint in the United States District Court for the Northern District of Alabama. By order entered April 28, 2006 the court sitting in the Northern District transferred Plaintiff's complaint to this court.

[2] On October 30, 2006 Plaintiff's copy of the court's October 24, 2006 order was returned to the court marked "return to sender; not here; refused."

Because Plaintiff has filed nothing in response to this order, the court concludes that this case should be dismissed.

Accordingly, it is the RECOMMENDATION of the Magistrate Judge that this case be DISMISSED without prejudice for Plaintiff's failures to prosecute this action properly and to comply with the orders of this court.

It is further

ORDERED that the parties are DIRECTED to file any objections to the Recommendation on or before November 15, 2006. Any objections filed must specifically identify the findings in the Magistrate Judge's Recommendation to which the party is objecting. Frivolous, conclusive or general objections will not be considered by the District Court. The parties are advised that this Recommendation is not a final order of the court and, therefore, it is not appealable.

Failure to file written objections to the proposed findings and recommendations in the Magistrate Judge's report shall bar the party from a *de novo* determination by the District Court of issues covered in the report and shall bar the party from attacking on appeal factual findings in the report accepted or adopted by the District Court except upon grounds of plain error or manifest injustice. *Nettles v. Wainwright*, 677 F.2d 404 (5th Cir. 1982). *See Stein v. Reynolds Securities, Inc.*, 667 F.2d 33 (11th Cir. 1982). *See also Bonner v. City of Prichard*, 661 F.2d 1206 (11th Cir. 1981) (*en banc*), adopting as binding precedent all of the decisions of the former Fifth Circuit handed down prior to the close of business on

September 30, 1981.

    DONE, this 2nd day of November, 2006.

                                  /s/ Susan Russ Walker
                                  SUSAN RUSS WALKER
                                  UNITED STATES MAGISTRATE JUDGE