IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| TUTANKHAMUN HOLT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 3:05cv399-MHT |
| | ) | (WO) |
| JIMMY ABBOTT, et al., | ) | |
| | ) | |
| Defendants | ) | |

## **FINAL JUDGMENT**

In accordance with the order of the court entered on this date adopting the recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that this case is DISMISSED without prejudice for plaintiff's failure to prosecute this action properly and to comply with the orders of this court.

DONE, this the 20th day of November, 2006.

    /s/ Myron H. Thompson    
UNITED STATES DISTRICT JUDGE